IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Case No. 10-cv-00483-REB-BNB

CHRIS TILLOTSON,

Plaintiff,

v.

SGT. T. J. McCEARY, Sheridan Police,

Defendant.
_____

**ORDER**
_____

This matter is before me on the plaintiff's letter [Doc. #10, filed 03/30/2010] (the "Letter").

The Federal Rules of Civil Procedure provide that a request for a court order must "state with particularity the grounds for seeking the order" and must "state the relief sought." Fed. R. Civ. P. 7(b)(1)(B) and (C). The Letter is incomprehensible and fails to specify either any grounds for relief or the precise nature of the relief sought.

In addition, "a request for a court order must be made by motion." Fed. R. Civ. P. 7(b)(1). "The rules governing captions and other matters of form in pleadings apply to motions and other papers." Fed. R. Civ. P. 7(b)(2). The plaintiff improperly submitted his request in the form of a letter, not in the form of a motion, as required. Accordingly,

IT IS ORDERED that any relief sought in the Letter is incomprehensible and is DENIED.

IT IS FURTHER ORDERED that, in the future, all requests for a court order shall comply with Rule 7.

Dated April 8, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge