IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Case No. 10-cv-00483-REB-BNB

CHRIS TILLOTSON,

Plaintiff,

v.

T. J. McCOY,

Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

The plaintiff filed his Prisoner Complaint [Doc. #3] (the "Complaint") on March 2, 2010. He named Sgt. T. J. McCeary, a Sheridan Police Officer, as the sole defendant. *Complaint*, at Caption and p. 2, ¶ 2. Subsequently, I permitted the plaintiff to amend his Complaint to substitute T.J. McCoy as a defendant in place of Sgt. T. J. McCeary. The plaintiff has provided the following address for Mr. McCoy: Tim McCoy, 33 Inverness Dr. East, Englewood, CO 80112-5412.

IT IS ORDERED that the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915, and all other orders upon Mr. McCoy. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that after service of process, Mr. McCoy (or counsel for Mr. McCoy) shall respond to the Complaint as provided for in the Federal Rules of Civil Procedure.

Dated May 17, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00483-REB-BNB

Chris Tillotson
Prisoner No. 98589
CMHIP
1600 West 24th Street
Pueblo, CO 81003

US Marshal Service
Service Clerk
Service forms for: Sgt. T.J. McCoy

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Sgt. T.J. McCoy: COMPLAINT FILED 3/02/10, ORDER FILED 5/06/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/17/10.

                                                GREGORY C. LANGHAM, CLERK

                                                By: _____
                                                            Deputy Clerk