IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Case No. 10-cv-00483-REB-BNB

CHRIS TILLOTSON,

Plaintiff,

v.

T. J. McCOY,

Defendant.

---

## ORDER

---

This matter is before me on a letter filed by the plaintiff [Doc. #29, filed 05/14/2010]. The Letter is STRICKEN.

On April 8, 2010, I advised the plaintiff that he could not make requests to the court by filing letters and that all filings made in this court must contain the case caption [Doc. #17]. I ordered him to submit all future requests in the form of a motion in compliance with Rule 7, Fed. R. Civ. P. My order notwithstanding, the plaintiff subsequently filed two letters requesting relief from the court [Doc. #22, filed 04/28/2010 and Doc. #24, filed 05/04/2010]. On May 6, 2010, I again directed the plaintiff to cease filing letters with the court and informed him that "[a]ll requests for court orders shall be filed as motions. All motions and other papers filed with this court shall contain the case caption." [Doc. #26]. I cautioned the plaintiff that "[p]apers that are not filed in compliance with Rule 7 and this order will be stricken."

On May 14, 2010, the plaintiff filed the instant Letter seeking relief from the court.

IT IS ORDERED that the Letter is STRICKEN.

Dated May 18, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge