IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Case No. 10-cv-00483-REB-BNB

CHRIS TILLOTSON,

Plaintiff,

v.

T. J. McCOY,

Defendant.

## ORDER

This matter arises on two letters filed by the plaintiff [Docs. ## 75 and 77] (the "Letters"). The Letters are STRICKEN.

On November 19, 2010, this action was dismissed without prejudice for failure to effect timely service of process and failure to prosecute [Doc. #71]. The plaintiff requests that the court reopen the case and allow the plaintiff "to be heard by the court" on the merits of the case.[1]

On April 8, 2010, I advised the plaintiff that he could not make requests to the court by filing letters and that all filings made in this court must contain the case caption [Doc. #17]. I ordered him to submit all future requests in the form of a motion in compliance with Rule 7, Fed. R. Civ. P. The plaintiff subsequently filed two letters requesting relief from the court [Doc. #22, filed 04/28/2010 and Doc. #24, filed 05/04/2010].

---

[1] The Letters do not address the plaintiff's failure to prosecute and failure to serve the defendant, nor do they provide any basis for reopening the case.

On May 6, 2010, I again directed the plaintiff to cease filing letters with the court and informed him that "[a]ll requests for court orders shall be filed as motions. All motions and other papers filed with this court shall contain the case caption." [Doc. #26]. I cautioned the plaintiff that "[p]apers that are not filed in compliance with Rule 7 and this order will be stricken." On May 14, 2010, the plaintiff filed a letter seeking relief from the court [Doc. #29]. The letter was stricken on May 18, 2010 [Doc. #32]. On July 13, 2010, the plaintiff filed another letter seeking relief from the court [Doc. #36]. This letter was stricken on July 16, 2010 [Doc. #38].

My orders notwithstanding, the plaintiff has filed the Letters. They are not in the form of a motion. Accordingly,

IT IS ORDERED that the Letters are STRICKEN.

Dated December 12, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge