IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Case No. 10-cv-00483-REB-BNB

CHRIS TILLOTSON,

Plaintiff,

v.

T. J. McCOY,

Defendant.

---

**ORDER**

---

This matter arises on a letter filed by the plaintiff [Doc. #95, filed 05/30/2013] (the "Letter").  The Letter is STRICKEN, and any further filings in this case will be stricken without notice.

The plaintiff initiated this case on February 23, 2010.  The United States Marshal attempted to serve the defendant at two separate addresses provided by the plaintiff.  Both attempts were unsuccessful because the addresses were incorrect.  Consequently, I ordered the plaintiff to show cause why the Complaint should not be dismissed for failure to prosecute.  The plaintiff failed to show cause, and on October 5, 2010, I recommended that the Complaint be dismissed without prejudice for failure to prosecute [Doc. #58].  On November 19, 2010, the district judge adopted my recommendation and dismissed the Complaint without prejudice for failure to effect timely service of process and failure to prosecute [Doc. #71].  Since then, the plaintiff has inundated the court with requests to reopen the case.  None of the requests address the plaintiff's failure to prosecute and failure to serve the defendant, nor do they provide any

basis for reopening the case. Consequently, I have warned the plaintiff that he may initiate a separate action against Officer McCoy by filing another complaint, but he may make no further filings in this case.

The Letter is the plaintiff's latest attempt to reopen the case. The Letter does not provided a basis for re-opening this case, and the case will not be re-opened. Accordingly,

IT IS ORDERED:

(1)   The Letter [Doc. #95] is STRICKEN;

(2)   The plaintiff shall cease filing papers in this case; and

(3)   Any future papers filed by the plaintiff in this case will be stricken without further notice.

Dated June 7, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge