**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 10-cv-00483-REB-NYW

CHRIS TILLOTSON,

    Plaintiff,

v.

T. J. McCOY,

    Defendant.

## ORDER

Magistrate Judge Nina Y. Wang

    This civil action comes before the court on a letter filed with the court by Plaintiff Chris Tillotson ("Plaintiff" or "Mr. Tillotson") [#124], docketed on October 13, 2015, which was docketed as "Motion for Order for Relief" (the "October 13, 2015 Letter"). Pursuant to the October 14, 2015 Memorandum [#125], Plaintiff's submission is before this Magistrate Judge.

    On November 19, 2010, the court dismissed this case based on Mr. Tillotson's "failure to effect timely service of process and failure to prosecute." [#71 at 3]. Subsequent to the court's November 19, 2010 Order, Mr. Tillotson filed numerous letters with the court, in some instances requesting that the case be re-opened. For example, on May 30, 2013, Plaintiff requested that the case be re-opened, based on Plaintiff's assertions that he "never assaulted [Defendant] Mr. McCoy and am a victim of circumstance I was in the wrong place at the wrong time," leading to Plaintiff's incarceration. [#95]. On June 7, 2013, the court entered an Order finding that Plaintiff's submission did not "provide[] a basis for re-opening this case." [#97 at 2]. Plaintiff

2

was ordered to "cease filing papers in this case" and advised that any further filings would be "stricken without further notice." [*Id.*].

Plaintiff's October 13, 2015 Letter "declare[s]" that Plaintiff is "innocent of assaulting Officer McCoy," and requests unspecified "relief." [#124 at 1]. Consistent with the court's prior orders, the court STRIKES the October 13, 2015 Letter, and ORDERS that Plaintiff must cease further filings in this case.

DATED:   November 4, 2015.                                         BY THE COURT:

                                                       s/ Nina Y. Wang_____
                                                       United States Magistrate Judge