**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00483-REB-BNB

CHRIS TILLOTSON,

    Plaintiff,

v.

T. J. McCOY, Sheridan Police,

    Defendant.

---

**MINUTE ORDER**[1]

---

The matter is before the court on plaintiff's letter requesting that the case be reopened (designated on the docket as a **Motion To Reopen Case** [#130],[2] filed April 25, 2016). The letter is stricken pursuant to the **Order** [#97], entered June 7, 2013, by Magistrate Judge Boyd N. Boland.

Dated: April 26, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#128]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). The court uses this convention throughout this order.